# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UGONWA AZIKE,** ) | **CASE NO. 8:09CV37** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER TO SHOW CAUSE** |
| ) | |
| **VANGUARD CONSULTING, INC.,** ) | |
| **d/b/a CAR NATION,** ) | |
| ) | |
| **Defendants.** ) | |

This matter was scheduled for jury trial commencing Tuesday, February 16, 2010. Counsel for the Plaintiff, Ugonwa Azike, and for the Defendant, Vanguard Consulting, Inc., d/b/a Car Nation, have not complied with the Court's Order Re: Trial Preparation (Filing No. 50), however, and the matter will not proceed to trial as scheduled. Instead, counsel for the parties will appear at 8:30 a.m. on Tuesday, February 16, 2010, to show cause why they have failed to comply with the Trial Preparation Order, specifically why they have failed to file, and submit by e-mail to chambers, trial briefs, proposed jury instructions, and proposed verdict forms, in compliance with paragraphs 3.A. and 3.B. of the Order, and why sanctions, including dismissal of the action for failure to prosecute, should not be imposed. *See* NECivR 41.2 ("At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution.")

DATED this 15th day of February, 2010.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge